CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
2/10/2023
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
   DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

| | |
|---|---|
| JUDY M. PAUL, *et al.*, | CASE NO. 6:20-cv-51 |
| *Plaintiffs*, | |
| v. | ORDER |
| WESTERN EXPRESS, INC. *et al.*, | |
| | JUDGE NORMAN K. MOON |
| *Defendants*. | |

This matter comes before the Court on Defendants' renewed motion for sanctions for spoliation against Plaintiff Judy Paul, Dkt. 169, and Defendants' motion to bifurcate the issues of liability and damages, Dkt. 167. For the reasons set forth in the Court's Memorandum Opinion, the Court **DENIES** both motions, Dkts. 167, 169.

It is so **ORDERED**.

The Clerk of Court is directed to deliver a copy of this Order to all counsel of record.

Entered this **10th** day of February, 2023.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE