# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# Lynchburg Division

| | |
|---|---|
| **JUDY M. PAUL,** | ) |
| *Plaintiff,* | ) |
| v. | )  **Civil Action No. 6:20-cv-51** |
| **WESTERN EXPRESS, INC.,** and **ERVIN JOSEPH WORTHY,** | ) |
| *Defendants.* | ) |
| **WESTERN EXPRESS, INC.,** and **ERVIN JOSEPH WORTHY,** | ) |
| *Third-Party Plaintiffs*, | ) |
| v. | ) |
| **RANDALL EMERICK, ANDRE G.H. LE DOUX V,** and **FELIX ERICKSON COMPANY, INC.** | ) |
| *Third-Party Defendants*. | ) |
| **ANDRE G.H. LE DOUX V,** | ) |
| *Plaintiff,* | )  **Civil Action No.: 6:20-cv-52** |
| v. | ) |
| **WESTERN EXPRESS, INC.,** and **ERVIN JOSEPH WORTHY,** | ) |
| *Defendants.* | ) |

## **ORDER OF DISMISSAL**

The parties, by counsel, filed a Joint Stipulation of Dismissal in Civil Action No. 6:20-cv-51 pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Settlement Agreements

among the relevant parties under Va. Code §8.01-35.1. By agreement of the parties and upon good cause shown, it is hereby **ORDERED**, that all claims against Third Party Defendants Randall Emerick, Felix Erickson Company, Inc., and Andre Le Doux, V, in his capacity as a third party defendant only, be, and hereby are, **DISMISSED WITH PREJUDICE** from Civil Action No. 6:20-cv-51. This dismissal is without prejudice as to Andre Le Doux V's claims set forth in Civil Action No. 6:20-cv-52.

Further, Plaintiff Judy Paul and Defendants Western Express, Inc., and Ervin Worthy represent to the Court that all matters of controversy between them have been resolved, and it is hereby **ORDERED**, that all Judy Paul's claims against Defendants Western Express, Inc., and Ervin Worthy be, and hereby are, **DISMISSED WITH PREJUDICE** from Civil Action No. 6:20-cv-51.

Pursuant to the Settlement Agreements and *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994), the Court shall retain jurisdiction to enforce the Settlement Agreements.

The consolidated case, Civil Action No. 6:20-cv-52 (Plaintiff Andre Le Doux, V v. Defendants Western Express, Inc. and Ervin Joseph Worthy), will be unaffected by this dismissal and remains pending.

ENTER:        /        /


BY: _____
      Hon. Norman K. Moon
      Senior United States District Judge